# UNITED STATES DISTRICT COURT

<u>              EASTERN              </u>   **District** of   <u>              CALIFORNIA              </u>

| | |
|---|---|
| RUBEN RIOJAS,<br>    Plaintiff<br><br>    V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>    Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br><br>CASE NUMBER: 1:09-AT-00378 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

<u>X</u>   GRANTED.

   <u>X</u>   The clerk is directed to file the complaint.

   <u>X</u>   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this   <u>  1st  </u>   day of   <u>          June          </u>,   <u>  2009  </u>.

 

/s/ Sandra M. Snyder
Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer