BRIAN C. SHAPIRO
ATTORNEY AT LAW:  192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
TEL: 562/868-5886
FAX: 562/868-5491
Email:  brian_rohlfing.office@speakeasy.net

Attorney for Plaintiff RUBEN RIOJAS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN RIOJAS , | ) No.  1:09-CV-0960 GSA |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER OF |
| | ) DISMISSAL |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear his/her own costs and expenses.

///

///

///

///

///

-1-

| | | |
|---|---|---|
| 1 | DATED: October 22, 2009 | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 2 | | */s/ - Brian C. Shapiro* |
| 3 | | _____ |
| 4 | | BRIAN C. SHAPIRO<br>Attorney for RUBEN RIOJAS |

DATED: October 26, 2009    LAWRENCE G. BROWN
                           Action United States Attorney

                           */S/-Kathryn Watson*

                           _____
                           KATHRYN R. WATSON
                           SPECIAL ASSISTANT AUSA
                           Attorney for Defendant
                           [*By via e-mail authorization 10/26/09]

**ORDER**

IT IS HEREBY ORDERED, based on the stipulation by and between the parties, through their respective counsel, that the court dismisses the above matter pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure without prejudice. Each side to bear his/her own costs and expenses, including but not limited to attorney's fees.

IT IS SO ORDERED.

DATE: October 26, 2009

/s/ Gary S. Austin
THE HONORABLE GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE